No. 210.   BUTLER ET AL. *v.* DISTRICT OF COLUMBIA.
United States Court of Appeals for the District of Co-
lumbia Circuit.   Certiorari denied.   *Henry F. Butler* for

petitioners. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for respondent.

